**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**BILLY MYERS LEWIS**                                                     **PLAINTIFF**

**V.**                                                                 **NO. 4:09CV114-A-D**

**LAWRENCE KELLY**                                                  **DEFENDANT**

## FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **DISMISSED** with prejudice for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). The Plaintiff has also earned one strike under the three strikes provision of 28 U.S.C. § 1915(g).

**IT IS SO ORDERED.**

THIS the   8th   day of December, 2009.

                                                                  /s/ Sharion Aycock
                                                                  **U.S. DISTRICT JUDGE**